UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| HENRY MITCHELL STACY, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 5:19-CV-009-CHB |
| ) | |
| v. ) | |
| ) | **ORDER ADOPTING REPORT AND** |
| COMMONWEALTH OF KENTUCKY, ) | **RECOMMENDATION** |
| ) | |
| Respondent. ) | |
| ) | |

*** *** *** ***

Henry Mitchell Stacy has petitioned for habeas corpus relief pursuant to 28 U.S.C. § 2254, alleging that he received ineffective assistance of counsel. [R. 1] This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Matthew A. Stinnett [R. 27], addressing Stacy's petition.

As explained by the Report and Recommendation, Stacy accepted a plea deal on January 20, 2015 "for crimes arising from his beating, stabbing, and murdering of [a] man in the course of committing a robbery." [R. 27 p. 1] This plea deal recommended "life without the possibility of parole on murder, ten (10) years on robbery in the first degree, enhanced to twenty (20) years by the persistent felony offender charge, and one (1) year on tampering with physical evidence enhanced to ten (10) years by the persistent felony offender charge." *Id.* He did not appeal directly to the Supreme Court of Kentucky, but filed a motion to vacate his conviction on October 5, 2015, which the state court denied on June 30, 2017. *Id.* The Kentucky Court of Appeals affirmed the state court's denial on July 6, 2018. *Id.* The instant petition was filed on January 11, 2019. *Id.* After reviewing the petition and the record, Magistrate Judge Stinnett

concluded that the petition is both procedurally barred and substantively meritless, and recommended that this Court dismiss the petition and deny a certificate of appealability. *Id.* at pp. 1,7.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's recommended disposition are also barred from appealing a district court's order adopting that recommended disposition. *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Magistrate Judge Stinnett's Report and Recommendation advised the parties that any objections must be filed within fourteen (14) days. [R. 27 at 7] The time to file objections has passed, and neither party has filed any objections to the Report and Recommendation nor sought an extension of time to do so. *See id.* at 7; Fed. R. Crim P. 59(b). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The **Petition for a Writ of Habeas Corpus** [R. 1] is **DENIED** with prejudice.

2. The Magistrate Judge's **Report and Recommendation** [R. 27] is **ADOPTED** as the opinion of this Court.

This the 16th day of October, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY